UNITED STATES of America, Plaintiff–Appellee,

v.

Janeen Avis SEFREN, also known as Janeen Sefren, Defendant–Appellant.

United States of America, Plaintiff–Appellee,

v.

Samuel William Sefren, also known as Samuel Sefren, Defendant–Appellant.

Nos. 06–50776, 06–50797

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 7, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Evers Jason Leach, Law Offices of E. Jason Leach, Robert Alan Leahey, Leahey Law Offices, Odessa, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgments in Criminal Cases, Janeen Avis Sefren and Samuel William Sefren raise arguments that are foreclosed by *United States v. Contreras–Trevino,* 448 F.3d 821, 824 (5th Cir.), *cert. denied,* —— U.S. ——, 127 S.Ct. 447, 166 L.Ed.2d 318 (2006), which held that a license plate frame is a "covering" under the Texas Transportation Code. The Government's motion for summary affirmance is GRANTED, and the judgments of the district court are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.